# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

UNITED STATES OF AMERICA                                     PLAINTIFF

v.                            No. 2:20-cr-151-DPM

DEMARIO JEWON CURTIS                                         DEFENDANT

## ORDER

For the reasons stated on the record at the 3 February 2021 hearing, the Court granted the United States' oral motion to withdraw the revocation petition. The petition, *Doc. 24*, is denied without prejudice. The Court released Curtis and reimposed his conditions of release, *Doc. 20*.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

3 February 2021