**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**UNITED STATES OF AMERICA**                                      **PLAINTIFF**

v.                              **No. 2:20-cr-151-DPM**

**DEMARIO JEWON CURTIS**                                      **DEFENDANT**

**SENTENCING SCHEDULING ORDER**

Sentencing is set for **16 June 2021 at 9:00 a.m. in Little Rock Courtroom 1A.** So the Court and all parties can prepare for the hearing, the Court sets the following schedule.

- Final PSR, including responses to objections,
  circulated..........................................................................**20 May 2021**

- Motions to depart or vary and sentencing
  memoranda filed..............................................................**27 May 2021**

- Joint notice by filing about witnesses,
  estimated hearing length, likelihood of third
  point, and applicability of safety valve, and
  any other case-specific issue that the Court
  needs to prepare for.........................................................**3 June 2021**

- Responses to any departure or variance motions
  and responding memoranda filed..................................**3 June 2021**

If any of these deadlines is not met, then the sentencing will be continued absent extraordinary circumstances.

So Ordered.

D.P. Marshall Jr
United States District Judge

8 February 2021